# EXHIBIT

# A

CM

No.    14-C-11125
       11125

JEFFERSON DISTRICT COURT
DIVISION I

First Resolution Investment Corp.                                                              Plaintiff
P.O. Box 34000
Seattle WA 98124

vs.

CHRIS L COLE                                                                               Defendant(s)

BY _____ D.C.

## COMPLAINT

Comes the Plaintiff, First Resolution Investment Corp., current holder of debt originally in the name of
Chase Bank USA, NA as Successor in interest to First USA Bank, NA, and for its complaint states as
follows:

1.       Defendant(s) is/are indebted to the plaintiff under the Credit Agreement filed herewith as
Exhibit A.

2.       The Defendant(s) became indebted to the Plaintiff by assenting to the terms of the
account as evidenced by the statement of account filed herewith as Exhibit B.

3.       Defendant(s) is/are indebted to the plaintiff for the sum of $1,869.84 plus interest at the
rate of 12.00 % per annum from the date of judgment thereafter until paid, as evidence by the statement of
account filed herewith as Exhibit C.

4.       The indebtedness was originally held by Chase Bank USA, NA as Successor in interest to
First USA Bank, NA, a bank or assignee of a bank organized under the laws of this state or of the United
States. Plaintiff has referred this claim to its counsel, who are not its salaried employees, and plaintiff is
entitled to recover reasonable attorney's fees pursuant to KRS 286.3-750.

5.       Plaintiff is the real party in interest as is evidenced by the Chain of Title filed herein as
Exhibit D.

6.       The plaintiff's counsel is attempting to collect a debt and any information the plaintiff's
counsel obtains will be used for that purpose and this communication is from a debt collector.

   **WHEREFORE:** Plaintiff demands judgment against the defendants for the sums set forth above
and court costs.

                        MAPOTHER & MAPOTHER, P.S.C.

            By: _____
                Heather R. Peters (90688)        Marsha A. Dailey (91972)
                Steven B. Mulrooney (84524)
                Counsel For Plaintiff
                815 W. Market Street, Suite 500
                Louisville, KY 40202-2654

# Cardmember Agreement

Table of Interest Charges

The text of this Cardmember Agreement is largely illegible in this scanned image.

| | |
|---|---|
| **Cash Advance** | |
| FINANCE CHARGE ATM Cash Advance | 3% of Cash Advance (with a maximum of $10.00) |
| All Other Cash Advances | 3% of Cash Advance (with a minimum of $15.00) |
| **Transaction** | |
| FINANCE CHARGE | 3% of applicable transaction (with a minimum of $5.00) |
| **Balance Transfer** | |
| FINANCE CHARGE | 3% of applicable transaction (with a minimum of $5.00 maximum of $35.00) |
| **Minimum FINANCE CHARGE** (If any Finance Charge is payable for a monthly billing cycle) | $1.00 |
| Annual Membership Fee | None |
| **Other Interest Charges:** | |
| Late Fee | $25.00 |
| Return Payment fee | $29.00 |
| Return Convenience Check Fee | $29.00 |
| Overlimit Fee | $29.00 |
| **Administrative Fees:** | |
| Duplicate of Merchant Sale Slip | $5.00 |
| Duplicate Copy of Monthly Billing Statement | $5.00 |
| Additional Credit Card (in excess of 2) | $5.00 |

01/00

M-33704
29R9BTC-33704

Exhibit A

# Cardmember Agreement

FIRST USA.



Exhibit B

**Statement** for account number

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $1,869.84 | 02/22/06 | $228.00 | $1,143.84 |

**CHASE ○**

Amount Enclosed  |$          .

Make your check payable to Chase Card Services.
New address or e-mail? Print on back

80409 BEX Z 02806 D
CHRIS L COLE

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

**CHASE ○** ·

| Statement Date: | 12/29/05 - 01/28/06 |
|---|---|
| Payment Due Date: | 02/22/06 |
| Minimum Payment Due: | $1,143.84 |

**CUSTOMER SERVICE**
In U.S.           1-800-945-2000
Español          1-888-446-3308
TDD              1-800-955-8060
Outside U.S. call collect
                 1-302-594-8200

### VISA ACCOUNT SUMMARY          Account Numi

| Previous Balance | $1,752.29 | Total Credit Line | $1,000 |
|---|---|---|---|
| Purchases, Cash, Debits | +$74.00 | Available Credit | $0 |
| Finance Charges | +$43.55 | Cash Access Line | $200 |
| New Balance | $1,869.84 | Available for Cash | $0 |

**JUNT INQUIRIES**
· ⌐. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE 19886-5153

**VISIT US AT:**
www.chase.com/creditcards

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 12/29 | | OVERLIMIT FEE | | $35.00 |
| 01/23 | | LATE FEE | | 39.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .07737% | 28.24% | $1,600.22 | $38.38 | $0.00 | $38.38 |
| Cash advances | V .07737% | 28.24% | $215.52 | $5.17 | $0.00 | $5.17 |
| Total finance charges | | | | | | $43.55 |

Effective Annual Percentage Rate (APR):          28.24%

Please see reverse side for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

Exhibit C

X 0000001  FIS23335 D 9          000  N  Z  28  06/01/28          Page 1 of 1          DSAPS  MA MA  63409          II2710000590008040901



## BILL OF SALE

Chase Bank USA, N.A. ("Seller"), for value received and pursuant to the terms and conditions of Credit Card Account Purchase Agreement dated April 1, 2007 between Seller and Unifund Portfolio A, LLC ("Purchaser"), its successors and assigns ("Credit Card Account Purchase Agreement"), hereby assigns effective as of the File Creation Date of September 11, 2007 all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in Exhibit 1 attached hereto and made part hereof for all purposes.

Amounts due to Seller by Purchaser in hereunder shall be paid U.S. Dollars by a wire transfer to be received by Seller on September 24, 2007 (the "Closing Date") by 2:00 p.m. Seller's time, as follows:

> **Chase Bank USA, N.A**
> **ABA** ▮▮▮▮▮▮
> **Beneficiary Name:** Chase Bank USA, N.A.
> **Beneficiary Account:**

This Bill of Sale is executed without recourse except as stated in the Credit Card Account Purchase Agreement to which this is an Exhibit. No other representation of or warranty of title or enforceability is expressed or implied.

| Chase Bank USA, N.A. | Unifund Portfolio A, LLC. |
|---|---|
| By: _____ | By: _____ |
| Date: September 12, 2007 | Date: September 12, 2007 |
| Title: Vice President | Title: Vice President, Acquisitions |

Exhibit D

## BILL OF SALE

THIS BILL OF SALE is effective as of July 1, 2008 between Unifund Portfolio A, LLC ("*Seller*"), and UNIFUND CCR PARTNERS, ("*Buyer*"). Unless otherwise defined herein, terms used herein shall have the meanings specified in the Accounts Receivable Purchase and Sale Agreement ("*Agreement*") effective as of November 1, 2006, between Seller and Buyer.

Seller, for value received and in connection with the Agreement, transfers, sells, assigns, conveys, grants, and delivers to Buyer free, clear and unencumbered title to the Accounts described on attachment A attached hereto and all of Seller's rights thereto effective as of 12:01 AM on July 1, 2008, (the "Effective Time"). The sale is without recourse to Seller and without warranty of any kind (including, without limitation, warranties pertaining to title, validity, collectibility, accuracy or sufficiency of information, and applicability of any statute of limitations), except as stated in the Agreement or herein.

[Unifund Portfolio A, LLC]

By: _____

Name: _____Henry N. Thoman_____

Title: _____Vice President_____



Unifund CCR Partners

## EXHIBIT B

## BILL OF SALE

Unifund CCR Partners, for value received and in accordance with the terms of the Accounts Receivable Purchase Agreement by and among Unifund CCR Partners and FIRST RESOLUTION INVESTMENT CORPORATION ("Buyer"), dated as of July 25, 2008 (the "Agreement"), does hereby sell, assign, and transfer to Buyer all of its good and marketable title, free and clean of all liens, claims and encumbrances in and to the Accounts listed in the Account Schedule attached as Exhibit 1 hereto, without recourse and without representation or warranty of collectibility, or otherwise, except to the extent stated in the Agreement.

Executed on July 25, 2008

UNIFUND CCR PARTNERS

By _____
Joel Rosenthal
Director of Sales & Marketing

For  Unifund Use ONLY

| Client # | PID | CID # |
|----------|-----|-------|
|          |     |       |
|          |     |       |
|          |     |       |

| AOC-105<br>5-90 | Civil Summons | Case No. 14-C-11125 |
|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice<br>CR 4.02 | FILED ... OFFICE<br>JEFFERSO ...IT CT. | Court: Jefferson District Court<br>Division: 1<br>Judge:<br>County: JEFFERSON |

'14 SEP 25 ... C

CLE ...

BY _____ ___ __ D.C.

First Resolution Investment Corp.                                    Plaintiff

vs.

CHRIS L COLE
7004 APPLEGATE LN
LOUISVILLE KY 40228
                                                                      Defendant

WORKS:        REIVAX DISTRIBUTION
                                LOUISVILLE KY 40203

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANTS:

You are hereby noticed that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with this summons. Unless a written defense is made by you or by an attorney in your behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his (their) attorney(s) are shown on the document delivered to you with this summons.

Dated: **SEP 25 2014**          Clerk: DAVID L. NICHOLSON, CLERK

By: _____ D.C.

**PROOF OF SERVICE**

This summons was served by delivering a true copy and the complaint (or other initiating document) to:

_____

This _____ day of _____, 20____.

**Mapother & Mapother, P.S.C.**
815 W. Market Street, Suite 500          Served By:_____
Louisville KY 40202--265
(502) 587-5400

KY_0002A/14-10409

Commonwealth of Kentucky
Jefferson County
David Nicholson
Circuit Court Clerk

Receipt Number: 05-0061724-A
DATE: 09/25/2014
TIME: 02:18 PM

*** (O) DISTRICT CIVIL FILING $501-$5000 ***

CASE NO: 14-C-011125

RECEIVED FROM: MAPOTHER & MAPOTHER
ACCOUNT OF: 1 COM

| | | |
|---|---|---|
| 1. | Civil Filing Fee (Q) | 55.00 |
| 2. | ATJ Fee (1) | 10.00 |
| 3. | Court Technology MCFO(K(CT)) | 5.00 |
| 4. | Library Fee (L) | 3.00 |
| 5. | Att Tax Fee MCFO(K(Q)) | 2.50 |
| | TOTAL: | $75.50 |
| | CHECK: | $75.5 |
| | ***DIFF: | 0.0 |

*** Check Number: 13688

Prepared By: Diane H
** MCFO=Money Collected for Others
** CS=Charge for Services
Filing (KYCOURTS)                                    Page