# EXHIBIT

# E

# COMMONWEALTH OF KENTUCKY
## JEFFERSON COUNTY DISTRICT COURT
### CASE NO. 14-C-11125

FIRST RESOLUTION INVESTMENT CORPORATION
PO Box 42730
Cincinnati, OH 45242
              **PLAINTIFF**

VS.

                                **RELEASE OF WAGE**
                                **GARNISHMENT**

CHRIS L COLE

              **DEFENDANT**

---

      Plaintiff, by and through counsel, respectfully requests that the Court release the Garnishee served in this case. Plaintiff further requests that a copy of the Release be provided by the Court to the Garnishee's address on file in this matter

Michael L. Keeney (88948)
Attorney for Plaintiff
PO BOX 42372
CINCINNATI, OH 45242
(859) 628-1701

## COMMONWEALTH OF KENTUCKY
## JEFFERSON COUNTY DISTRICT COURT
## CIVIL CASE NO. 14-C-11125

FIRST RESOLUTION INVESTMENT
CORPORATION
PO Box 42730
Cincinnati, OH 45242
                          **PLAINTIFF**

VS.

CHRIS L COLE                              **ENTRY OF SATISFACTION**

                **DEFENDANT**

---

    The judgment in the within action being fully paid and satisfied, the Clerk is hereby authorized to enter Satisfaction of Record at Plaintiff's Costs.

*ENTERED IN COURT*
*DAVID L. NICHOLSON, CLERK*
*SEP 15 2016*
*BY _____ DEPUTY CLERK*

_____
Judge

Tendered by:

_____
Michael J. Keeney (88948)
Attorney for Plaintiff
FIRST RESOLUTION INVESTMENT CORPORATION
PO BOX 42372
CINCINNATI, OH 45242
(859) 628-1701
(877) 347-7780 Fax

