# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

CHRISTOPHER L. COLE,

          Plaintiff,

v.

FIRST RESOLUTION INVESTMENT CORP., UNIFUND CCR, LLC, *successor in interest to* First Resolution Investment Corp., and UNIFUND CCR PARTNERS, *successor in interest to* First Resolution Investment Corp. *and assumed name for* Credit Card Receivables Fund, Inc. and ZB Limited Partnership,

          Defendants.
_____)

**Case 3:16-cv-00674-GNS**

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and list any publicly held company that owns 10% or more of the party's stock, or state that there is no such corporation, and also must disclose a complete list of persons or entities who may have a financial interest in the outcome of this litigation:

    In compliance with this provision, this Certificate of Interested Parties and Corporate Disclosure Statement is filed on behalf of Defendants First Resolution Investment Corp. ("FRIC"), Unifund CCR, LLC ("Unifund LLC"), and Unifund CCR Partners ("Unifund Partners").

    1.    FRIC, Unifund LLC, and Unifund Partners state that they are not a parent, subsidiary, or other affiliate of a publicly owned corporation.

2. There are no publicly held companies that own 10% or more of the stock of FRIC, Unifund LLC or Unifund Partners.

3. Other than set forth herein, there is no publicly held corporation, not a party to this case, that has a financial interest in the outcome of this case.

4. There are no other persons or entities that may have an interest in the outcome of this case.

Respectfully submitted,

**DINSMORE & SHOHL LLP**

/s/ K. Kirby Stephens
Joseph N. Tucker, Esq.
R. Brooks Herrick, Esq.
K. Kirby Stephens, Esq.
101 S. Fifth Street
Suite 2500
Louisville, KY 40202
502-540-2300 - phone
502-585-2207 - fax
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
kirby.stephens@dinsmore.com
*Counsel for First Resolution Investment Corp.,*
*Unifund CCR, LLC, and*
*Unifund CCR Partners*

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing has been filed this 17th day of November, 2016, using the Court's ECF system to the following.

| | |
|---|---|
| James H. Lawson | James R. McKenzie |
| Lawson at Law, PLLC | James R. McKenzie Attorney, PLLC |
| 115 S. Sherrin Avenue, Suite 4 | 115 S. Sherrin Avenue, Suite 4 |
| Louisville, Kentucky 40207 | Louisville, Kentucky 40207 |
| james@kyconsumerlaw.com | jmckenzie@jmckenzielaw.com |

            /s/ K. Kirby Stephens
            *Counsel for Defendants*

10815284v1